IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

TYRONE ALLEN ELLIS                                                                   PLAINTIFF

                 v.                  Civil No. 1:10-cv-01080

CIRCUIT JUDGE LARRY CHANDLER;
PROSECUTING ATTORNEY DAVID
BUTLER; DAVID TALLEY, JR., Public
Defender; PROSECUTING ATTORNEY
RYAN PHILLIPS; and CAPTAIN TRUMAN
YOUNG, Columbia County Detention Facility                  DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Tyrone A. Ellis, currently an inmate of the Columbia County Detention Facility, filed this *pro se* civil rights action under 42 U.S.C. § 1983. On December 15, 2010, the complaint was provisionally filed and Plaintiff directed to submit a complete *in forma pauperis* (IFP) application. Specifically, the application submitted with the complaint was incomplete as it had no certification regarding inmate funds held in his name. Plaintiff was given until January 11, 2011, to either have the certificate portion of the IFP application completed by the appropriate detention center official and return the application to this Court for review and filing or pay the $350 filing fee.

To date, the Plaintiff has not complied with the Court order. Plaintiff has not requested an extension of time to comply. Plaintiff has not otherwise communicated with the Court. The Court's order has not been returned as undeliverable.

I therefore recommend that this case be dismissed based on Plaintiff's failure to obey an order of the Court and his failure to prosecute this action. Fed. R. Civ. P. 41(b).

**The Plaintiff has fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The Plaintiff is**

**reminded that objections must be both timely and specific to trigger de novo review by the district court.**

     DATED this 25th day of January 2011.

                                    /s/ Barry A. Bryant
                                    HON. BARRY A. BRYANT
                                    UNITED STATES MAGISTRATE JUDGE